# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                           ltrust@osbornlawpc.com

September 11, 2024

> Plaintiff's letter-motion for an extension of time (ECF No. 12) is GRANTED, and the briefing schedule set forth in the letter-motion is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 12.
>
> SO ORDERED.   9/12/2024
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

            Re:     *Owsinski v. Commissioner of Social Security*
                      Civil Action No. 1:24-cv-04635-SLC

Dear Judge Cave,

      We write on behalf of our client, Thomas James Owsinski, with the consent of the defense, to request an extension to serve his motion for judgment on the pleadings which is currently due on September 19, 2024, per the Court's June 20, 2024 Standing Scheduling Order. This is the parties' first joint request for an extension.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **December 5, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 3, 2025**; and

- Plaintiff to file his reply, if any, on or before: **February 17, 2025.**