UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THOMAS JAMES O.,

                Plaintiff,                24 **CIVIL** 4635 (GRJ)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Decision & Order dated April 02, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner is granted judgment on the pleadings; and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York
          April 02, 2025

                                                               TAMMI M. HELLWIG
                                                               **Clerk of Court**

                        **BY:**

                                                              **Deputy Clerk**